IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Covington, Ora B | Case Number: 08 B 00126 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 1/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 5, 2009
Confirmed: March 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,227.00 |  |
| Secured: |  | 1,125.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,774.00 |
| Trustee Fee: |  | 327.39 |
| Other Funds: |  | 0.00 |
| Totals: | 5,227.00 | 5,227.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,774.00 | 3,774.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,154.41 | 0.00 |
| 4. | American General Finance | Secured | 1,144.00 | 32.99 |
| 5. | America's Servicing Co | Secured | 37,885.44 | 1,092.62 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 102.35 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 136.35 | 0.00 |
| 8. | Seventh Avenue | Unsecured | 43.17 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 154.70 | 0.00 |
| 10. | Country Door | Unsecured | 22.48 | 0.00 |
| 11. | Midnight Velvet | Unsecured | 164.86 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 22.33 | 0.00 |
| 13. | Swiss Colony | Unsecured | 51.49 | 0.00 |
| 14. | Fingerhut | Unsecured | 21.23 | 0.00 |
| 15. | B-Real LLC | Unsecured | 93.75 | 0.00 |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Citibank USA | Unsecured |  | No Claim Filed |
| 18. | Action Card | Unsecured |  | No Claim Filed |
| 19. | HSBC | Unsecured |  | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 21. | HSBC | Unsecured |  | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 23. | The Scooter Store | Unsecured |  | No Claim Filed |
|  |  |  | $ 44,770.56 | $ 4,899.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Covington, Ora B | Case Number: 08 B 00126 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 1/4/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 60.81 |
| 6.5% | 266.58 |
| | $ 327.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

